IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA

    -v-                                                21-mj-5127

VANESSA RONDEAU,

                       Defendant.
_____

## GOVERNMENT'S NOTICE OF MOTION FOR AN
## ADJOURNMENT OF THE RULE 48(b) DISMISSAL ORDER

**PLEASE TAKE NOTICE** that the United States moves the Court for an adjournment of the date for the Order pursuant to Fed. R. Crim. P. 48(b) dismissing the criminal complaint in this case from September 15, 2021, to November 19, 2021.  The motion is based upon an accompanying Affidavit of Assistant United States Attorney Aaron J. Mango.  Counsel for the defendant, Jeffrey T. Bagley, consents to the relief sought herein.

DATED:  Buffalo, New York, September 13, 2021

                                                  JAMES P. KENNEDY, JR.
                                                United States Attorney

                      BY:    ***/s/AARON J. MANGO***
                                Assistant United States Attorney
                                United States Attorney's Office
                                Western District of New York
                                138 Delaware Avenue
                                Buffalo, New York  14202
                                (716) 843-5882
                                aaron.mango@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -v-

VANESSA RONDEAU,

                      Defendant.

21-mj-5127

## **AFFIDAVIT**

STATE OF NEW YORK  )
COUNTY OF ERIE       ) SS:
CITY OF BUFFALO    )

AARON J. MANGO, being duly sworn, deposes and states:

1. I am an Assistant U.S. Attorney for the Western District of New York and am presently assigned to prosecute the above-captioned case. This affidavit is made in support of the government's motion to adjourn the Rule 48(b) dismissal order.

2. On May 26, 2021, a criminal complaint was authorized by the Court charging the defendant with Lacey Act Trafficking, Lacey Act, False Labeling, and Smuggling. At the initial appearance on June 15, 2021, the defendant was released on conditions previously imposed in the District of Vermont, and the Court scheduled a Rule 48(b) dismissal date for September 15, 2021.

4. Since the initial appearance, the government has provided significant discovery to the defendant, and the parties have had preliminary discussions regarding a pre-indictment

resolution of the case. However, the parties are requesting additional time to allow the defendant to review the voluminous discovery provided, and further discuss a pre-indictment resolution. Therefore, the parties respectfully move this Court to adjourn the Rule 48(b) date from September 15, 2021, to November 19, 2021, and to exclude time under the Speedy Trial from the September 15, 2021, to November 19, 2021, pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv). Counsel for the defendant consents to this motion, and agrees to the exclusion of time from September 15, 2021, to November 19, 2021, under the Speedy Trial Act, in that the ends of justice are served by such an adjournment and outweigh the best interests of the public and the defendant in a speedy trial.

5. It is in the best interests of the defendants to resolve the case in such a way that provides a more favorable plea and sentence than what the defendants would face if convicted after indictment and trial. The time, resources, and expense of grand jury action, a trial, and possible appeal would be saved if a pretrial resolution is reached, and therefore the interests of justice outweigh the interest of the public in a speedy trial.

WHEREFORE, for all of the foregoing reasons, the parties respectfully request that the Court grant the government's motion to adjourn the Rule 48(b) dismissal date for the pending criminal complaint until November 19, 2021, and to exclude the period from September 15, 2021, to November 19, 2021, from the Speedy Trial Act, pursuant to Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv).

        */s/ AARON J. MANGO*
        Assistant United States Attorney
        United States Attorney's Office
        Western District of New York
        138 Delaware Avenue
        Buffalo, New York  14202
        (716) 843-5882
        Aaron.Mango@usdoj.gov

Sworn to before me this 13th day of September, 2021.

*/s/ KATHLEEN M. RIEMAN*
Notary Public, State of New York
Qualified in Erie County
My Commission Expires 9-23-2021